# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA CATTLEMEN'S ASSOCIATION; CALIFORNIA FARM BUREAU FEDERATION; AND OREGON CATTLEMEN'S ASSOCIATION,<br><br>     Plaintiffs,<br><br>          v.<br><br>S.M.R. JEWELL, in her official capacity as Secretary of the Interior; DANIEL M. ASHE, in his official capacity as Director of the U.S. Fish and Wildlife Service; U.S. DEPARTMENT OF THE INTERIOR; and U.S. FISH AND WILDLIFE SERVICE,<br><br>     Defendants. | No. 2:13-cv-00800-GEB-AC<br><br>[PROPOSED] ORDER |

The Court, having considered the parties' June 5, 2014 Joint Status Report, hereby ORDERS that the status conference set for June 23, 2014 is vacated, and further ORDERS that the captioned case is closed.

Dated: June 5, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge